SALVATORE REINA, Appellant, *v.* UNITED STATES CASUALTY COMPANY, Respondent.

(Submitted February 18, 1931; decided March 24, 1931.)

*Edwin Hort* and *Frank C. Korman* for appellant.

*Harold R. Medina, William F. McNulty* and *William Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.